THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD D. SUGDEN, Appellant, *v.* WILLIAM McADOO, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Sugden* v. *McAdoo*, 119 App. Div. 866, affirmed.
(Argued May 24, 1907; decided June 11, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April

5, 1907, which dismissed a writ of certiorari and confirmed the proceedings of the defendant in dismissing the relator from the police force of the city of New York.

*Jacob Rouss* and *Louis J. Grant* for appellant.

*William B. Ellison, Corporation Counsel (Theodore Connoly* and *Royal E. T. Riggs* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.